IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:07cr56-RH

ROBINSON MARTINEZ DASA,

Defendant.
_____/

## CONSENT OF DEFENDANT TO PROCEED BEFORE A MAGISTRATE JUDGE FOR PURPOSES OF CHANGE OF PLEA TO A GUILTY PLEA

Defendant proposes to enter a guilty plea to Count One in this indictment. The presiding district judge referred this matter to me for purposes of hearing Defendant's proposed change of plea pursuant to Fed.R.Crim.P. 11 and to enter a report and recommendation to the district judge as to whether to accept the change of plea. This procedure can only occur with the consent of Defendant.

By signing this form, Defendant represents that he has had full consultation with his lawyer before signing this form and understands that:

1. He has a right to enter a guilty plea before the district judge.

2. He has a right to consent to plead guilty before a magistrate judge, and he understands that the magistrate judge will then recommend to the district judge whether to accept the guilty plea.

3. He understands that there is no penalty for insisting that he enter his guilty plea before the district judge.

4. He understands that he is before a magistrate judge, not the district judge.

5. He understands that after the plea hearing has concluded, the magistrate judge will determine whether he is competent to enter a plea, whether he understands the charge or charges and the potential sentence or sentences that may be imposed if he pleads guilty, whether there is a factual basis for the guilty plea or pleas, and whether he knowingly and voluntarily enters a guilty plea or pleas, and will report these findings to the district judge with a recommendation as to whether to accept the guilty plea.

6. He understands that after a report and recommendation is entered by the magistrate judge, he normally has ten days in which to file objections. To expedite consideration of this plea by the district judge, he expressly waives the ten day period, and consents and agrees that he will have twenty-four hours from service of this report and recommendation in which to file written objections, if any.

## CONSENT

With full understanding of the rights explained above, I, ROBINSON MARTINEZ DASA, voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge. I waive the ten day period for filing objections to the magistrate judge's report and recommendation, and agree that I shall have twenty-four hours from service of a copy of the report and recommendation in which to file written objections, if any. The United States also consents to this procedure, including the shorter period for objections.

_____
Defendant

_____
Counsel for Defendant

Date: 5/27/08

_____
Assistant United States Attorney