# United States District Court
## CRIMINAL MINUTES - SENTENCING

| | |
|---|---|
| Case No. 4:07cr56-RH and 4:07cr77-RH | Time Commenced: 10:32 am |
| Date August 29, 2008 | Time Concluded: 10:54 am |

PROCEEDINGS: Sentencing Hearing Held. Defendant ROBINSON MARTINEZ DASA sentenced to 12 months custody of BOP as to Count 1 in Case No. 4:07cr56-05 and Count 1 in Case No. 4:07cr77-01, to run concurrently, 3 years S/R, $200 SMA, fine waived, forfeiture of property.

PRESENT: HON. **JUDGE ROBERT L. HINKLE** Presiding

| Jill May | Judy Nolton | Winifred Acosta Nesmith |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Janet Williams | Robert Mendoza | |
| Probation Officer | Interpreter | |

U.S.A v ROBINSON MARTINEZ DASA                    ATTORNEYS FOR DEFENDANT

(1) ROBINSON MARTINEZ DASA                         (1) Clyde Taylor
  ✔ present  ✔ custody                                ✔ present  ✔ apptd.  ___ retained

✔ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✔ Objections were made to the PSR.

___ Motion for Substantial assistance filed (5K1.1)

___ Notice of Enhancement filed    ___ Court Question defendant about prior conviction

✔ Report & Recommendation of US Magistrate Judge is Accepted  ✔ Court Accepts Guilty Plea

✔ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): ___1___ ; SENTENCE IMPOSED:

✔ DFT remanded to custody of Bureau of Prisons
   on count(s)   1   imprisonment for a term of 12  months
                 ___ imprisonment for a term of ___ months
                 ___ imprisonment for a term of ___ months
                 ___ imprisonment for a term of ___ months
   with said sentences to run ___ concurrently or ___ consecutively

___ Additional recommendation:
    ___ Substance Abuse Treatment while in the custody of BOP
    ___ Intensive Confinement Center (ICC)

✔ FINE PAYMENT: ✔ Fine waived; ___ Fine of $___ ; ✔ SMA OF $ 200.00 due immediately

___ Dft is liable for restitution of:
    $_____ made payable to _____
    $_____ made payable to _____
    $_____ made payable to _____

    ___ DFT is jointly and severally liable for restitution with_____

✔ S/R or PROBATION.  Dft is under
   ✔ Supervised Release upon completion of term of imprisonment for a period of 3 years
   ___ Probation for a period of ___ years.
   ___ Home Detention of _____ months with Electronic Monitoring

✔ With the following special conditions or modifications:
   ___ DFT to be deported upon release from BOP

✔ DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status
     If removed dft shall not re-enter the United States without permission of the Attorney General

✔ DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.

✔ DFT shall not own or possess a firearm, dangerous weapon or destructive device.

✔ DFT shall submit to: ✔ testing for the use of drugs or alcohol;
    __ Substance abuse treatment as may be directed by US Probation Officer;
    __ Mental Health treatment if deemed necessary by the Probation Officer.

✔ DFT shall provide requested financial information to the U.S. Probation Officer.

__ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.

__ Upon release dft to: ___ maintain employment or enroll as full-time student;
    ___ complete High School Education.

__ DFT shall notify the probation officer ten days prior to any change of residence or employment.

__ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.

✔ DFT shall cooperate with the US Probation Department in the collection of DNA samples as required by 42 U.S.C. § 14135a.

__ ADDITIONAL TERMS:
    The cost of Home Detention shall be paid by the Defendant

✔ CUSTODY STATUS
    ✔ DFT committed to the custody of the U.S. Department of Justice.
    __ DFT to surrender to USMS at _____ or _ designated institution at his/her own expense no later than _pm_ on __.
    __ DFT remains on bond with ___ the same terms and conditions or ____ modified terms as follows:

__ Remaining count(s)_____ are dismissed on government motion.

✔ Court informs Dft of right to appeal.
    _____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

✔ Defense Attorney shall file notice with the court on whether the Defendant does or doesn't want to appeal

✔ Court recommends place of incarceration at / near _Tallahassee_.

PROCEEDINGS:

| Time | Event |
|---|---|
| 10:32 | Court in session |
| | Parties addressed by the Court |
| 10:34 | Interpreter sworn |
| 10:35 | Defense objections addressed |
| | Argument to the Court by the Defendant (Taylor) |
| 10:37 | Argument to the Court by the Government (Smith) |
| 10:37 | Findings by the Court - Guideline range given |
| 10:40 | Statement to the Court by Probation (Williams) |
| 10:42 | Statement to the Court by the Defendant (Taylor) |
| 10:46 | Statement to the Court by the Defendant Robinson Martinez Dasa |
| 10:46 | Statement to the Court by the Plaintiff (Nesmith) |
| 10:47 | Sentence imposed by the Court |
| | Report & Recommendation of US Magistrate Judge accepted |
| 10:54 | Court adjourned |

Initials of Deputy Clerk _JWM_